**The relief described hereinbelow is SO ORDERED**

**Done this 11th day of December, 2012.**

**Dwight H. Williams, Jr.**
**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE MIDDLE DISTRICT OF ALABAMA

IN RE:

Jason Tatum and Karen Tatum,                            Case No: 12-31382

    Debtor(s)

## CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY
## FILED BY PHH MORTGAGE

      PHH Mortgage Corporation filed a Motion For Relief From Stay on November 5, 2012.  The court, being informed that the debtor, the debtor's attorney, the movant or attorney for the movant have reached an agreement, it is, therefore, Ordered as follows:

      1.     The Motion For Relief From Stay is DENIED as to any arrearage due in connection with the mortgage involved through the month of  November 2012.

      2.     At the time the motion for relief was filed, the debtors were delinquent but have since brought the account post-petition current through November 2012.

      3.     The attorney fees and costs owed to PHH Mortgage Corporation through the month of shall be added to the plan by amendment and shall be paid by the trustee upon the filing of a proper claim.

4.     Following is a breakdown of the arrearage to be placed in the plan:

| | |
|---|---|
| Bankruptcy Attorney Fee | $550.00 |
| Court Cost | $176.00 |
| Total | $726.00 |

The Creditor shall file an amended pre-petition and post-petition claim for a **TOTAL ARREARAGE of $7,494.88.**

3.     The debtor's payments to the Chapter 13 Trustee shall be increased to $110.00 per week and the debtor's specified monthly payment to PHH Mortgage Corporation will be $163.00 per month.

4.     All payments made pursuant to this order shall be applied first to reimburse creditor for its attorney fees and costs in connection with the motion, in the amount of $726.00.  All further payments will be applied to the debt in the manner prescribed by the mortgage note and mortgage.

5.     The Debtor shall make all future payments directly to PHH Mortgage Corporation, beginning with the payment due December 1, 2012 and continuing with each month thereafter as said mortgage payments come due pursuant to the Note and Deed of Trust.

6.     If the Debtor fails to make any payment provided in Paragraph Five (5) of this order, PHH Mortgage Corporation shall give a twenty (20) day notice of default and opportunity to cure to the debtor and the debtor's attorney prior to LIFTING OF THE STAY to proceed with foreclosure.

7.      In the event the Debtor fails to cure the default as required by Paragraph Six (6) of this order, then PHH Mortgage Corporation is granted RELEIF FROM STAY to proceed with foreclosure of the mortgage secured by the property located 6537 Eastwood Glen Drive, Montgomery, AL 36117 without further notice or hearing.

#### END OF DOCUMENT ####

xc:     Attorney for Movant

Order prepared by:
Jeffrey A. Bunda
Shapiro and Ingle, L.L.C.
10130 Perimeter Parkway
Suite 400
Charlotte, NC 28216
704-333-8107
ordersandhearings.al@logs.com


xc:     Attorney for Debtors

Richard D. Shinbaum
Shinbaum & Campbell
P.O. Box 201
Montgomery, AL 36101
334-269-4440
Email:
rshinbaum@smclegal.com


xc:     Trustee

Curtis C. Reding
P. O. Box 173
Montgomery, AL 36101