IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re:
JASON TATUM    CASE NO: 12-31382
KAREN TATUM    CHAPTER: 13
Debtor(s)

## RESPONSE TO OBJECTION TO CLAIM

**COMES NOW,** PHH Mortgage Corporation by and through undersigned Counsel, and hereby responds to the Trustee's Objection to Claim. PHH Mortgage Corporation requests that this matter be set for hearing while it investigates the claims made by the Trustee and gathers documentation to support its Proof of Claim.

This the 14th day of August, 2014.

*S/ Matthew Zachary Phelan*
Matthew Zachary Phelan
SHAPIRO & INGLE, L.L.C.
10130 Perimeter Parkway
Suite 400
Charlotte, NC 28216
(704) 333-8107

11-001116

# IN THE UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re:
JASON TATUM          CASE NO: 12-31382
KAREN TATUM          CHAPTER: 13
Debtor(s)

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing and annexed pleading or paper upon:

(Served via U.S. Mail)
Jason Tatum
6537 Eastwood Glen Drive
Montgomery, AL 36117

Karen Tatum
6537 Eastwood Glen Drive
Montgomery, AL 36117

(Served via Electronic Notification Only)
Richard D. Shinbaum
P.O. Box 201
Montgomery, AL 36101

(Served via Electronic Notification Only)
Curtis C. Reding
P.O. Box 173
Montgomery, AL 36101

by depositing the same in a postpaid wrapper properly addressed to each such party or his attorney of record in a post office or other official depository under the exclusive care and custody of the United States Postal Service or by electronic mail, if applicable. Any party that can be served by electronic mail will receive no other form of notice.

This the 14th day of August, 2014.

*S/ Matthew Zachary Phelan*
Matthew Zachary Phelan
SHAPIRO & INGLE, L.L.C.
10130 Perimeter Parkway
Suite 400
Charlotte, NC 28216
(704) 333-8107

11-001116