UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                              Case No. 12-31382-DHW
                                                   Chapter 13
JASON TATUM,
KAREN TATUM,

      Debtors.

## ORDER SUSTAINING OBJECTION TO CLAIM #2

The trustee filed an Objection to Claim #2 (Doc. #63) by PHH Mortgage Corporation as relief from stay was granted as to the property securing the claim and the creditor has not amended the claim. In accordance with the ruling from the bench in open court, it is

ORDERED that the objection is SUSTAINED. It is

FURTHER ORDERED that distributions from the trustee to the creditor are suspended unless and until the claim is amended.

Done this 17th day of September, 2014.

                                    /s/ Dwight H. Williams, Jr.
                                    United States Bankruptcy Judge

c:     Debtors
      Richard D. Shinbaum, Attorney for Debtors
      Matthew Z. Phelan, Attorney for Creditor
      PHH Mortgage Corporation, Creditor
      Curtis C. Reding, Trustee