IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IN RE THE MATTER OF: ) | |
| ) | |
| Jason Tatum ) | CHAPTER 13 |
| Karen Tatum ) | |
| ) | CASE NO. 12-31382 |
| Debtor(s). ) | |

## MOTION TO APPROVE A SETTLEMENT OF PROPERTY DAMAGE CLAIM AND REQUEST FOR EXPEDITED HEARING

Comes now the Debtor(s), Jason Tatum and Karen Tatum, and respectfully moves this Honorable Court to approve a property settlement claim between the Debtor(s) and GEICO Insurance Company as grounds for said motion would state:

1. The Debtor was involved in a motor vehicle accident in which their 2004 Ford Mustang Cobra was totaled.

2. GEICO Insurance Company has offered to settle the property damage claim for $17,772.45.

3. At the time of the filing of the Bankruptcy case, the Debtor(s) owed WFS Financial/Wachovia Dealer Services a secured claim on this vehicle. To this date, the secured claim has a balance of $479.91 which will be paid in the settlement, according to the creditor and representation to GEICO Insurance Company.

4. Once claim has been paid, the debtor(s) requests that WFS Financial/Wachovia Dealer Services reduce their claim #3 to zero (-0-).

5. Debtor(s) request the balance to their plan to the Chapter 13 Trustee be paid in full.

6. The Debtor(s) wishes to retain the remaining balance of settlement funds in order to obtain reliable transportation.

7. The Debtor(s) requests the title to the vehicle be surrendered to GEICO Insurance Company.

8. The Debtor(s) believes the settlement is fair and reasonable and should be approved.

Wherefore, the premises considered the Debtor(s) request this Court to approve this settlement.

**DONE THIS** the 17th day of November, 2016

                                                     **/s/ Richard D. Shinbaum**
                                                     Richard D. Shinbaum
                                                     ASB-8638-B54R

Attorney for the Debtor

Of Counsel:
Shinbaum Law Firm
P.O. Box 201
Montgomery, AL 36101
(334)269-4440
(334) 263-4096 Fax

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above foregoing motion on all parties listed below by ECF of same to them on this the 20th day of September, 2016.

Sabrina McKinney, (Acting) Trustee
P.O. Box 173
Montgomery, Al 36101-0173



Government Employees Insurance Company
GEICO General Insurance Company
GEICO Indemnity Company
GEICO Casualty Company

Regional Office:
4295 Ocmulgee East Blvd. Macon, GA 31295-0001

## TOTAL LOSS SETTLEMENT EXPLANATION

11/16/ 2016

**Claim Number**   0558127270101014

DEAR Karen & Jason Tatum

This is a brief explanation of your claim settlement:

| | |
|---|---|
| BASE VALUE | $ 17,142.00 |
| Add State Sales Tax | $ 614.20 |
| Misc. Fees & Adjustments | $ 16.25 |
| TOTAL | $ 17,772.45 |
| Less deductible amount (if any) | $ 500.00 |
| Less Salvage | $ |
| Less Lienholder | $ 479.91 |
| Amount to you .. | $ 16,792.54 |
| Additional Payments | $ |

State law requires that owners of Total Loss or Salvage motor vehicles apply for a salvage Certificate within 10 days after a Total Loss Settlement.
◯ Does apply   ◯ X Does not apply

Any state sales tax due the owner through replacement of the vehicle will be considered when notice is given and purchase Invoice Presented.
◯ Does apply   ◯ X Does not apply

Adjuster: Amanda White   Telephone No. 478-621-1522 x1522

Customer's Signature: _____

**Please Refer to Our Claim Number When Writing or Calling About This Claim**