# IN THE UNITED STATES BANKRUPTCY COURT
## Middle District of Alabama

In the Matter of: }
} Case No. 12-31382
Jason Tatum }
Karen Tatum } Chapter 13
}
**Debtor(s)** }

---

**PURSUANT TO LBR 3007-1, THE COURT WILL TAKE THIS OBJECTION UNDER ADVISEMENT AND RULE, WITHOUT FURTHER NOTICE OR HEARING, UNLESS THE CLAIMANT FILES WITH THE COURT, WITH SERVICE UPON THE OBJECTING PARTY, A RESPONSE WITHIN 30 DAYS OF SERVICE OF THIS OBJECTION.**

---

### Objection to Claim No. 3
### Of Creditor WFS Financial/Wachovia Dealer Services

COMES NOW the Debtor, by and through attorney, and hereby files an Objection to the Claim number 3 of WFS Financial/Wachovia Dealer Services and as grounds for said Objection will state as follows:

1. The Debtor filed a Chapter 13 bankruptcy on June 6, 2012.

2. The Creditor, Wells Fargo Bank N. A. dba Wells Fargo Dealer Serv, filed the Claim number 3 of WFS Financial/Wachovia Dealer Services on the 18th day of July, 2012.

3. According to the Trustee's website, the balance of the claim is $1,443.58.

4. However, upon information and belief, the Creditor represented to GEICO Insurance that the actual balance of the Creditor's lien is $479.91.

Wherefore, the premises considered, the Debtor objects to the claim and requests this Court to reduce the Claim number 3 of WFS Financial/Wachovia Dealer Services by $963.67, the difference between the balance on the Trustee's website and the actual balance of $479.91.

Respectfully submitted,

/s/ Richard D. Shinbaum  
RICHARD D. SHINBAUM  
ASB-8638-B54R

*Attorney for Debtor*:  
Richard D. Shinbaum  
Shinbaum Law Firm  
566 South Perry Street  
P O Box 201  
Montgomery, AL 36101  
334-269-4440- Selma 334-872-4545

# CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above foregoing motion on all parties listed below by CM/ECF on this day November 17, 2016.

Chapter 13 Trustee, (Acting) Sabrina McKinney

Bankruptcy Administrator, Teresa Jacobs

Wfs Financial/Wachovia Dealer Services  
10750 FOREST ST.  
SUITE 200  
RANCHO CUCAMONGA, CA  91730