# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re                                                       Case No. 12−31382  
Jason Tatum and Karen Tatum,             Chapter 13

    Debtors.

## NOTICE

PLEASE TAKE NOTICE that a hearing will be held at

U.S. Bankruptcy Court, One Church Street, Courtroom 4C, Montgomery, AL 36104

on January 9, 2017 at 09:00 AM

to consider and act upon the following:

*81* − Objection to Claim # 3 (Wells Fargo Bank N. A. dba Wells Fargo Dealer Serv), Reason: Other filed by Richard D. Shinbaum on behalf of Jason Tatum, Karen Tatum. Responses due by 12/20/2016. (Shinbaum, Richard)

Dated November 18, 2016

Juan−Carlos Guerrero  
Clerk of Court