UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re  Case No. 12−31382
 Chapter 13
Jason Tatum and Karen Tatum,

    Debtors.

# NOTICE

PLEASE TAKE NOTICE that a hearing will be held at

U.S. Bankruptcy Court, One Church Street, Courtroom 4C, Montgomery, AL 36104

on November 28, 2016 at 09:00 AM

to consider and act upon the following:

*80* − Motion To Approve Settlement and Request For Expedited Hearing filed by Richard D. Shinbaum on behalf of Jason Tatum, Karen Tatum. (Shinbaum, Richard)

Dated November 18, 2016

Juan−Carlos Guerrero
Clerk of Court

```
                         United States Bankruptcy Court
                          Middle District of Alabama
In re:                                                          Case No. 12-31382-DHW
Jason Tatum                                                     Chapter 13
Karen Tatum
        Debtors                  CERTIFICATE OF NOTICE
District/off: 1127-2       User: jmclain          Page 1 of 1         Date Rcvd: Nov 18, 2016
                           Form ID: ntchrgBK      Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2016.
db/jdb         +Jason Tatum,   Karen Tatum,   6537 Eastwood Glen Drive,   Montgomery, AL 36117-4707

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2016                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 18, 2016 at the address(es) listed below:
              Bankruptcy Administrator    ba@almb.uscourts.gov
              Jeffrey A. Bunda    on behalf of Creditor    PHH Mortgage Corporation ordersandhearings.al@logs.com
              Matthew Z. Phelan    on behalf of Creditor    PHH Mortgage Corporation mphelan@logs.com,
               mattzphelan@gmail.com
              Richard D. Shinbaum    on behalf of Joint Debtor Karen   Tatum rshinbaum@smclegal.com,
               scarter@smclegal.com;cthornton@smclegal.com
              Richard D. Shinbaum    on behalf of Debtor Jason   Tatum rshinbaum@smclegal.com,
               scarter@smclegal.com;cthornton@smclegal.com
              Sabrina L. McKinney [Acting]    trustees_office@ch13mdal.com
                                                                                             TOTAL: 6