UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                    Case No. 12–31382
                                         Chapter 13
Jason Tatum and Karen Tatum,

    Debtors.

## ORDER

This case is before the court on the following matter:

*92* – Rule 9007 Motion/Notice/Objection: Motion to Modify Plan Post Confirmation filed by Richard D. Shinbaum on behalf of Jason Tatum, Karen Tatum. Responses due by 12/15/2016. (Shinbaum, Richard)

It appears that notice has been given pursuant to LBR 9007–1 and that no response has been filed. Accordingly, it is

**ORDERED,** that the motion/objection is **GRANTED** according to the terms stated.

Dated December 16, 2016

Dwight H. Williams Jr.
United States Bankruptcy Judge