# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re

Case No. 12-31382-DHW
Chapter 13

JASON TATUM,
KAREN TATUM,

      Debtors.

## ORDER GRANTING MOTION TO APPROVE SETTLEMENT AGREEMENT

Debtors filed a Motion to Approve Settlement Agreement (Doc. #80). On December 19, 2016, the court held a hearing on the matter after due notice to the debtor and all creditors. In accordance with the ruling from the bench in open court, it is

ORDERED that the motion is GRANTED and the settlement agreement is APPROVED.

Done this 19th day of December, 2016.

*/s/ Dwight A. Williams, Jr.*

Dwight H. Williams, Jr.
United States Bankruptcy Judge

c:    Debtors
      Richard D. Shinbaum, Attorney for Debtors
      Sabrina L. McKinney, Acting Trustee
      Bankruptcy Administrator